UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>MICHAEL A. DREYER,<br><br>               Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.  2:12-CR-00119-MJP<br><br>DEFENDANT'S MOTION TO SUPRESS<br>EVIDENCE<br><br>**NOTED: June 15, 2012**<br><br>**Evidentiary Hearing Requested** |

MOTION

       COMES NOW Michael Dreyer, by and through counsel John Kannin, and pursuant to Rules

12(b)(3) and 41(h), and the Fourth Amendment to the U.S. Constitution, and the reasons set forth

below, moves s to suppress all evidence and fruits thereof collected as a result of the search of the

defendant's home and computers conducted on July 6, 2012 and the second search of his computers

conducted in December 2011. This motion is based on the following supporting memorandum.


Respectfully submitted this 31st day of May, 2012.

                              /s/ John Kannin
                              John Kannin, WSBA #23715
                              Email: paralegal@kanninlaw.com
                              Attorney for Michael Dreyer

**KANNIN LAW FIRM P.S.**
16043 Sylvester Road Southwest
Burien, Washington 98166
Phone (206) 574-0202 - Fax (206) 574-0101
Email: paralegal@kanninlaw.com