**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 06 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>MICHAEL ALLAN DREYER,<br><br>        Defendant - Appellant. | No. 13-30077<br><br>D.C. No. 2:12-cr-00119-MJP-1<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

    The appellant's unopposed motion for a second extension of time in which to file the opening brief is granted. The opening brief is due September 20, 2013; the answering brief is due October 21, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

Cag/08.05.13/Appellate Commissioner