UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

 v.

MICHAEL ALLAN DREYER,

        Defendant - Appellant.

No. 13-30077

D.C. No. 2:12-cr-00119-MJP-1
U.S. District Court for Western Washington, Seattle

**MANDATE**

    The judgment of this Court, entered November 04, 2015, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:
                              Molly C. Dwyer
                              Clerk of Court

                              Rebecca Lopez
                              Deputy Clerk