UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MICHAEL ALLAN DREYER,<br><br>　　　　Defendant - Appellant. | No. 13-30077<br><br>D.C. No. 2:12-cr-00119-MJP-1<br>U.S. District Court for Western<br>Washington, Seattle<br><br>**ORDER** |

The mandate issued on November 30, 2015 is recalled as issued in error.


　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　Rhonda Roberts
　　　　　　　　　　　　　　　　Deputy Clerk