FILED

NOV 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. MICHAEL ALLAN DREYER, Defendant-Appellant. | No. 13-30077 D.C. No. 2:12-cr-00119-MJP-1 Western District of Washington, Seattle ORDER |
| UNITED STATES OF AMERICA, Plaintiff-Appellant, v. MICHAEL ALLAN DREYER, Defendant-Appellee. | No. 16-30166 D.C. No. 2:12-cr-00119-MJP Western District of Washington, Seattle |

Before: O'SCANNLAIN, KLEINFELD, and BERZON, Circuit Judges.

The parties' joint stipulation to dismiss these consolidated appeals and for immediate remand is GRANTED. The copy of this order constitutes the mandate.