The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL ALLEN DREYER,<br><br>Defendant. | NO.  2:12-cr-00119-MJP<br><br>**GOVERNMENT'S MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 25, 2016:** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the court endorsed hereon, as a result of this Court's order granting suppression and a new trial, the United States Attorney for the Western District of Washington hereby dismisses the two counts charged in the Indictment against Michael Allen Dreyer.

Dated this 17th day of November, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

 /s/  Helen J. Brunner
HELEN J. BRUNNER
First Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-5172
Fax:              (206) 553-0755
E-mail:         Micki.Brunner@usdoj.gov

**Motion to Dismiss - 1**
*United States v. Dreyer*
**2:12-cr-00119-MJP**

| | |
|---|---|
| 1 | Leave of court is granted for the filing of the foregoing dismissal with prejudice. |
| 2 | |
| 3 | |
| 4 | DATED this 17th day of November, 2016. |

_____
Marsha J. Pechman
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

Dated:  November 17, 2016

                 _s/ Elisa G. Skinner_
                 ELISA G. SKINNER
                 Paralegal Specialist